HEATHER E. WILLIAMS, SBN #122664
Federal Defender
MEGAN T. HOPKINS, SBN # 294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
AINGE SAESEE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:18-cr-00028 LJO-1 |
|---|---|
| Plaintiff, | **ORDER OF RELEASE** |
| vs. | |
| AINGE SAESEE, | |
| Defendant. | |

**IT IS SO ORDERED.**  Defendant AIGNE SAESEE shall be released from the Fresno County Jail to the custody of Federal Defender Staff,  on Tuesday, February 5, 2019, at 8:00 a.m. The defendant shall be transported by Federal Defender Staff directly to the Teen Challenge program facility, located at 42675 Road 44, Reedley, CA 93654.  The defendant is thereafter to reside at the Teen Challenge facility and participate as directed until completion of the program.

IT IS SO ORDERED.

Dated:  **February 4, 2019**          _____/s/ Lawrence J. O'Neill_____
                                                                                UNITED STATES CHIEF DISTRICT JUDGE