| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN 122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, CA SBN 294141 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | AINGE SAESEE |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00028-LJO |
| Plaintiff, | **JOINT STATUS REPORT RE: TEEN CHALLENGE PROGRAM; EXHIBIT A; REQUEST TO CONTINUE STATUS CONFERENCE; ORDER** |
| vs. | |
| AINGE SAESEE, | JUDGE: Hon. Lawrence J. O'Neill |
| Defendant. | |

Defendant, Ainge Saesee, by and through his counsel, Assistant Federal Defender Megan T. Hopkins, and counsel for the government, Assistant United States Attorney Thomas Newman, hereby submit the following status report regarding Mr. Saesee's progress at the Teen Challenge program in Reedley, CA.

Mr. Saesee entered the Teen Challenge program on February 5, 2019 in Reedley, CA. He remains an active participant in good standing at the program.[1] In light of Mr. Saesee's progress in the program and ongoing participation, the parties request that the status conference in this matter be continued to September 16, 2019 at 8:30 a.m. for a further status report regarding Mr. Saesee's progress in the program. The parties anticipate having confirmation of a graduation date for Mr. Saesee at that time, and will be prepared to schedule a date for sentencing in this case.

---

[1] *See* Exhibit A: Letter from Teen Challenge dated May 1, 2019.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 6, 2019 */s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorneys for Defendant
SANTOS YBARRA

McGREGOR W. SCOTT
United States Attorney

Date: May 6, 2019 */s/ Thomas Newman*
THOMAS NEWMAN
Assistant United States Attorney
Counsel for the United States

**O R D E R**

The status conference currently scheduled for May 20, 2019 at 8:30 a.m. is hereby continued to September 16, 2019 at 8:30 a.m. Defendant need not appear at that hearing if he is still residing at the program and participating as directed.

IT IS SO ORDERED.

Dated: **May 7, 2019**              */s/ Lawrence J. O'Neill*
                                    UNITED STATES CHIEF DISTRICT JUDGE