| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN 122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, CA SBN 294141 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | AINGE SAESEE |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Case No. 1:18-cr-00028-LJO |
| Plaintiff, | | **JOINT STATUS REPORT RE: TEEN CHALLENGE PROGRAM; REQUEST TO SET DISPOSITIONAL HEARING; ORDER** |
| vs. | | |
| AINGE SAESEE, | | JUDGE: Hon. Lawrence J. O'Neill |
| Defendant. | | |

Defendant, Ainge Saesee, by and through his counsel, Assistant Federal Defender Megan T. Hopkins, and counsel for the government, Assistant United States Attorney Thomas Newman, hereby submit the following status report regarding Mr. Saesee's progress at the Teen Challenge program in Reedley, CA.

Mr. Saesee entered the Teen Challenge program on February 5, 2019 in Reedley, CA. He remains an active participant in good standing at the program. Kevin Mitchel, a social worker with the Federal Defender's Office, contacted Mr. Saesee's counselor, Jeremy Snyder, and was advised that Mr. Saesee is doing an "outstanding job" and is on track to graduate in February of 2020. In light of Mr. Saesee's progress in the program and ongoing participation, the parties request that a dispositional hearing be set for January 20, 2020 at 8:30 a.m.

At the dispositional hearing, the parties anticipate jointly recommending that Mr. Saesee be sentenced to continued supervision with the added condition that he complete the inpatient treatment program.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 29, 2019  /s/ Megan T. Hopkins
MEGAN T. HOPKINS
Assistant Federal Defender
Attorneys for Defendant
AIGNE SAESEE

McGREGOR W. SCOTT
United States Attorney

Date: July 29, 2019  /s/ Thomas Newman
THOMAS NEWMAN
Assistant United States Attorney
Counsel for the United States

**O R D E R**

The status conference currently scheduled for September 16, 2019 at 8:30 a.m. is hereby vacated, and a dispositional hearing is set for January 20, 2020 at 8:30 a.m.

IT IS SO ORDERED.

Dated: **July 29, 2019**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE